[No. 37986-1-I.    Division One.    March 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-8-05611-4, Michael Spearman, J., entered December 19, 1995. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Grosse and Agid, JJ.

[No. 38193-8-I.    Division One.    March 10, 1997.]

VICTORIA ROBERTS, *Appellant*, v. SAFECO INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-19858-9, R. Joseph Wesley, J., entered January 24, 1996. *Affirmed* by unpublished per curiam opinion. Now published at 87 Wn. App. 604.

[No. 14888-2-III.    Division Three.    March 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD CARL STANBERRY, *Appellant*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 94-1-00255-3, Michael E. Cooper, J., entered April 17, 1995. *Affirmed in part* and *reversed in part* by unpublished opinion per Brown, J., concurred in by Thompson and Kurtz, JJ.

[No. 15025-9-III.    Division Three.    March 11, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. PEGGY DONZELLA ONEAL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 95-1-00072-1, Robert D. Austin, J., entered July 7, 1995. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Brown, JJ.